Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| DAMON RICARDO MATTHEWS, | Case No. 2-08-BK-03239 PHX RJH |
| and | **TRUSTEE'S RECOMMENDATION** |
| HATTIE ELIZABETH MATTHEWS, | (No hearing) |
| Debtors. | |

The Trustee has reviewed the (first) Amended Plan, filed July 15, 2008, Schedules, and Statement of Financial Affairs.

The Trustee notes the following problems, which must be resolved before recommending confirmation of the Amended Plan:

1. The Amended Plan is underfunded due to underestimated tax debt and failure to meet the Form B22C minimum payback to unsecured creditors in the amount of $70,810.20. Additional Plan yield is required.

2. The Amended Plan first payment start date is incorrect. The Petition was filed March 27, 2008, therefore the first payment due date is April 26, 2008. The months of the payment suspension are April, May, June and July 2008.

3. The Amended Plan provides that the debtors will turnover their 2007 tax stimulus check of $3,000.00. As of the date of this Recommendation, the check has not been received.

4. The proof of claim filed by DT Credit lists a debt balance of $13,614.22. The proof of claim filed by Westlake Financial lists a debt balance of $10,774.21. The Trustee has considered the claim amounts in his Plan analysis.

5. The proofs of claim filed by the IRS (#3) and the State of Michigan, Department of

Treasury (#32 secured) (#33 and #35 priority) differ from the creditors' treatment under the Plan or are not provided for by the Plan. The Trustee has received no notification that the issues have been resolved and the Debtor(s) must resolve the discrepancies before the Trustee recommends confirmation of the Plan. As to each claim, the Trustee requires that the Debtor(s): (a) file an objection to the claim (if the debt is believed to be unsecured; (b) notify the Trustee **in writing** that the claim issue has been resolved and the holder of the claim will endorse the order confirming the Plan; (c) notify the Trustee **in writing** that the order confirming the Plan will provide for full payment of the claim; or (d) timely file an amended Plan to provide for some or all payment on the claim. If resolution of the claims changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If one or more objections to the proofs of claim is timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after substantive completion of the last objection.

6.      Any Order confirming the Plan must comply with the provisions of the Trustee's Memorandum dated March 19, 1998 (copy enclosed or previously submitted to counsel). The tax years are 2008 and 2009. The time to submit a proposed Order to the Trustee is extended to 15 days after the conclusion of any objection to proof of claim or objection to confirmation.

7.  Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

**Plan payment status:** The Amended Plan provides for the suspension of payments for months 1 through 4, April through July 2008. Payments are set at $1,440.00 starting August 26, 2008. The debtors have remitted $720.00, which has been credited toward the August 26, 2008, Plan payment. A balance of $720.00 is past due for August 26, 2008, and payments of $1,440.00 each are now past due for September and October 26, 2008, with an additional payment of $1,440.00 coming due November 26, 2008. Debtors' remittance in the total amount of $5,040.00, must be received in the Trustee's office not later than December 16, 2008.

Subsequent payments will be due on or before the 26th day of each month, starting December 2008.

SUMMARY

**Pursuant to the Court's Order Re: Procedures for Confirmation of Plans, paragraph E.(2), the Debtors must provide the following by December 16, 2008 or the Trustee will lodge an order dismissing the case:**

(a) All information and documents as requested in Items #3 and #5 above; and

(b) Pay to the Trustee the sum of $5,040.00.

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for review and signature, a proposed stipulated Order Confirming the (first) Amended Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than December 16, 2008. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2083-7(a), L.R.B.P., to begin running when all Recommendation conditions are met.

- 3 -

_____
Scott A. Lieske, Esq.   ABN 16250
Staff Attorney for Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Damon and Hattie Matthews
12371 W. Sells Drive
Avondale, AZ 85323
Debtor(s)


Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor(s)

_____
*cherylturner@ch13bk.com*

- 4 -